B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

In re _____EXCEL STAFFING SERVICE_____ ,          Case No. ____08-35528_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____Citibank, N.A._____                      _____Citibank, SD, N.A._____
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): ___10___
should be sent:                                 Amount of Claim: _____2755.58_____
Citibank, N.A.                                  Date Claim Filed: ____02/05/2009____
701 East 60th Street North
Sioux Falls, SD 57117

Phone: _____1-800-846-8444_____                 Phone: ___1-800-846-8444___
Last Four Digits of Acct #: ___3018___          Last Four Digits of Acct. #: __3018__

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Kristi Marshall__               Date:___7/25/2011___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

July 5, 2011

Mr. Brian D. Christiansen
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Re:   Application to merge Citibank (South Dakota), National Association, Sioux Falls,
      South Dakota, into Citibank, N.A., Las Vegas, Nevada
      Application Control Number:  2011-ML-02-0004

Dear Mr. Christiansen:

This letter is the official certification from the Office of the Comptroller of the Currency of the
merger of Citibank (South Dakota), National Association, Sioux Falls, South Dakota, into
Citibank, N.A., Las Vegas, Nevada, effective July 1, 2011.

At consummation, Citibank NA's head office location became 701 East 60th Street North,
Sioux Falls, South Dakota.

Sincerely,

David Reilly
Large Bank Licensing Lead Expert



---

Memorandum

**To:**   **U.S. Bankruptcy Courts**

**From:**   **Citigroup NAO&T Legal Department**

**Date:**   **June 15, 2011**

**Re:**   **Merger of Citibank (South Dakota), N.A. into Citibank, N.A.**

On July 1, 2011, **Citibank (South Dakota), N.A.** will merge into **Citibank, N.A.**  All claims held by Citibank (South Dakota), N.A. will be transferred to Citibank, N.A.